# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DARYISE L. EARL,**

    Plaintiff,

    -vs-                                        Case No. 15-CV-282

**BRIAN FOSTER, et al.,**

    Defendants.

# DECISION AND ORDER

The plaintiff, a Wisconsin state prisoner, filed a motion asking the Court to reconsider parts of its December 11, 2015 order on the plaintiff's motion to compel. A court may relieve a party from an order under Federal Rule of Civil Procedure 60(b) for several reasons, including mistake, excusable neglect, newly discovered evidence, fraud, and misconduct by an opposing party. "Rule 60(b) relief is an extraordinary remedy and is granted only in exceptional circumstances." *Id.* (quoting *Karraker v. Rent-A-Center, Inc.,* 411 F.3d 831, 837 (7th Cir. 2005)).

After due consideration, the Court finds that the plaintiff fails to satisfy the standards of Rule 60(b). While it is clear that the plaintiff is disappointed, mere disagreement with the Court's decision is not a sufficient basis to warrant relief.

**THEREFORE, IT IS ORDERED THAT** the plaintiff's "Motion to Reconsider Motion to Compel" (ECF No. 50) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2016.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**