# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DARYISE L. EARL,**

      Plaintiff,

    **-vs-**               **Case No. 15-CV-282**

**BRIAN FOSTER, et al.,**

      Defendants.

---

# DECISION AND ORDER

---

On June 17, 2016, the plaintiff, a Wisconsin state prisoner who is representing himself, filed a motion asking the Court to sanction the defendants for allegedly making a false and misleading disclosure. The defendants responded to the plaintiff's motion on July 7, 2016, explained that the plaintiff misunderstood the disclosure, and argued that sanctions were not warranted. The plaintiff was apparently satisfied with this response because on July 15, 2016 he filed a motion seeking to withdraw his motion for sanctions. The Court will grant this latter request.

**THEREFORE, IT IS ORDERED THAT** the plaintiff's motion to withdraw his motion for sanctions (ECF No. 88) is **GRANTED**. The Clerk of Court shall strike the plaintiff's motion for sanctions (ECF No. 85).

Dated at Milwaukee, Wisconsin, this 18th day of July, 2016.

BY THE COURT:

s/ *William C. Griesbach*
for **HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -